■    In the Matter of the Claim of CLIFFORD MOREHOUSE, Respondent, v. TOWN OF BOLTON et al., Appellants, and SPECIAL DISABILITY FUND, Respondent. WORKMEN'S COMPENSATION BOARD, Respondent.— In this second-injury case, appellants rely solely on the testimony of the employer's foreman but this was merely that he knew that claimant "had a back condition before"; and, on cross-examination, he admitted that he did not "consider it" when hiring claimant. Thus, there is no proof that the employer hired claimant as a handicapped person or, indeed, that he could know or infer either the nature of the back condition or its permanency. (*Matter of Vance* v. *Ormsby,* 6 A D 2d 960; *Matter of Weinberger* v. *Zeibert & Sons,* 2 A D 2d 908.) Contrary to appellants' contention, the decision was made and signed by a board panel, but as appellants were not furnished with a complete copy thereof prior to printing of the record we do not award costs. Decision unanimously affirmed, without costs. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.